IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

      v.      Case No. 09-20009

JONATHON PATRICK CURRY                                           DEFENDANT

### **ORDER**

In accordance with the opinion of the United States Court of Appeals for the Eighth Circuit filed May 16, 2012, and the mandate issued on June 6, 2012, the Court issues the following briefing schedule.

The briefs should be limited to the merits of Defendant's non-delegation claim which is the sole issue on remand. Defendant is directed to file his brief by June 22, 2012. Plaintiff has fourteen (14) days after such filing to submit any response.

IT IS SO ORDERED this 7th day of June 2012.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge

**AO72A**
**(Rev. 8/82)**